**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jerry Lee DAVIS, Jr., a.k.a. Jerry Lee Davis, a.k.a. Ronald Nathaniel Sheilds, Defendant–Appellant.**

**No. 07–10757**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 18, 2008.

Kittren Jay Walker, Birmingham, AL, for Defendant–Appellant.

Michael Boysie Billingsley, U.S. Attorney's Office, Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and WILSON, Circuit Judges.

PER CURIAM:

Kittren J. Walker, appointed counsel for Jerry Lee Davis, Jr., has filed a renewed motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent review of the record confirms counsel's assessment that the record reveals no potentially meritorious issues for appeal, we **GRANT** counsel's motion to withdraw and **AFFIRM** Davis's convictions and sentence.